to Hon. John J. Freedman, official referee.    Settle order on notice
Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

STELLA H. KEATING and Others v. ARTHUR HAMMERSTEIN and Others.—
Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin,
Dowling, Smith and Greenbaum, JJ.

H. B. LEVINE Co., INC., v. LARRY J. MARGULIES.— Motion to dismiss
appeal granted, with ten dollars costs unless appellant complies with terms
stated in order.    Present — Dowling, Laughlin, Page, Merrell and Green-
baum, JJ.

HENRY YOOS, an Infant, v. THIRD AVENUE RAILWAY Co.    HENRY YOOS v.
THIRD AVENUE RAILWAY Co.— Motion to dismiss appeals granted, with
ten dollars costs, unless appellant complies with terms stated in order.
Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY YOOS, an Infant, v. THIRD AVENUE RAILWAY Co.    HENRY YOOS v.
THIRD AVENUE RAILWAY Co.— Motion granted and time to file appellant's
points extended to and including April 18, 1921.    Present — Dowling,
Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of ALFRED S. MALCOMSON, Deceased.— Motion to dismiss
appeal granted, with ten dollars costs, unless appellant complies with terms
stated in order.    Present — Dowling, Laughlin, Page, Merrell and Green-
baum, JJ.

CHARLES LANDAU v. HODUPP-EVANS Co., INC.— Motion to dismiss appeal
granted, with ten dollars costs, unless appellant complies with terms stated
in order.    Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

NATHAN SIMON, an Infant, v. CONTRACTORS TRADING Co., INC.— Motion
to dismiss appeal granted, without costs.  Present — Dowling, Laughlin,
Page, Merrell and Greenbaum, JJ.

C. ITOH & Co., LTD., v. BOYER OIL Co., INC.— Motions to dismiss appeals
granted, with ten dollars costs, unless appellant complies with terms stated
in orders.    Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

MORRIS BERMAN v. FRANK C. AXTELL.— Motion to dismiss appeal
granted, with ten dollars costs.    Present — Dowling, Laughlin, Page,
Merrell and Greenbaum, JJ.

JOHN JONSCHEKOWITZ v. JOHANNA JONSCHEKOWITZ.— Motion dismissed,
with ten dollars costs.    Present — Dowling, Laughlin, Page, Merrell and
Greenbaum, JJ.

TIMOTHY B. O'ROURKE, as Administrator, v. THE CITY OF NEW YORK.—
Motion to dismiss appeal granted, with ten dollars costs.    Present —
Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY W. FISHEL & SONS, INC., v. DISTINCTIVE JEWELRY Co., INC.,
and Others.— Motion for stay granted as modified by stipulation of the
parties hereto on the stay now in force, and on condition that the appeal
shall be brought on for argument by the appellants on April 15, 1921.    Settle
order on notice.    Present — Dowling, Laughlin, Page, Merrell and Green-
baum, JJ.

WILLIAM P. JEFFERY, as Trustee in Bankruptcy of ALL STAR FEATURE
CORPORATION, Respondent, v. GEORGE J. COOKE, Appellant.— Order